BEN PERLEN et al., Copartners Doing Business under the Name of NELREP COMPANY, Respondents, v. NATHAN WISHNOFF, Appellant, et al., Defendant.—

No opinion. Beldock, P. J., Ughetta, Hill, Rabin and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RONALD BARRETT, Appellant.—

No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD CAMPBELL, Appellant.—

No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD W. GOETZ, Appellant.—

Though the charge was not free of error, the errors must be disregarded since, under all the circumstances, they did not affect any substantial right of the defendant (Code Crim. Pro., § 542). Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.